IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| ALBERTA CAMPBELL, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MIDDLE KENTUCKY COMMUNITY ACTION PARTNERSHIP, INC.,<br><br>    Defendant. | NO. 5:20-CV-222-REW-MAS |

## NOTICE OF SETTLEMENT

Plaintiff Alberta Campbell, on behalf of herself and others similarly situated hereby notifies the Court that the parties to this action have reached a resolution, which they are finalizing. Once finalized, the parties will submit a stipulation of dismissal to the Court.

*s/J. Corey Asay*
J. Corey Asay
**Morgan & Morgan, PLLC**
333 W. Vine Street, Suite 1200
Lexington, Kentucky 40507
Telephone: (859) 286-8368
casay@forthepeople.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 14, 2022, I filed the foregoing using the Court's CM/ECF system, which I understand will transmit notice to all counsel of record.

*s/J. Corey Asay*
*Counsel for Plaintiff*
