IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| ALBERTA CAMPBELL, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MIDDLE KENTUCKY COMMUNITY ACTION PARTNERSHIP, INC.,<br><br>    Defendant. | NO. 5:20-CV-222-REW-MAS<br><br>**JOINT STIPULATION OF DISMISSAL** |

The parties, through the undersigned counsel, stipulate to dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs. The Court shall retain jurisdiction over this matter for purposes of enforcing any settlement.

Respectfully submitted,

s/ J. Corey Asay
J. Corey Asay
Morgan & Morgan, PLLC
333 W. Vine St. Suite 1200
Lexington, KY 40507
Tel: (859) 286-8368
Fax: (859) 286-8384
Email: CAsay@forthepeople.com

*Counsel for Plaintiff*

*s/* Jonathan C. Shaw (with permission)
PORTER, BANKS, BALDWIN & SHAW, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240-1767
Telephone: (606) 789-3747
Facsimile: (606) 789-9862

*Counsel for Defendant*