UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| ALBERTA CAMPBELL, on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 5:20-CV-222-REW |
| v. | ) ) ) | ORDER |
| MIDDLE KENTUCKY COMMUNITY ACTION PARTNERSHIP, INC., | ) ) ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The parties have filed an "Agreed Order of Dismissal" with prejudice. DE 54. The filing satisfies the Rule 41(a)(1)(A)(ii) requirements. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (permitting voluntary dismissal "without a court order" on filing of a "stipulation of dismissal signed by all parties who have appeared"). Accordingly, the Court **DIRECTS** the clerk to term DE 54 and **STRIKE** this matter from the Court's active docket, as dismissed with prejudice.

This the 14th day of April, 2022.

Signed By:
*Robert E. Wier*  REW
United States District Judge